UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-13409-NMG

Petitioner

Lucas Oliveira Silva

v.

Respondent

Antone Moniz et al

**Order of Dismissal**

GORTON, D.J.

In accordance with the Notice entered on September 28, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan

Docket Clerk

September 29, 2026